FILED BY \_\_\_\_ D.C.

OCT 31 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20717-CR-HUCK/MCALILEY**

**18 U.S.C. § 1029(b)(2)**
**18 U.S.C. § 1029(a)(2)**
**18 U.S.C. § 1029(a)(3)**
**18 U.S.C. § 1028A(a)(1)**
**18 U.S.C. § 982(a)(2)(B)**
**18 U.S.C. § 1029(c)(1)(C)**

**UNITED STATES OF AMERICA**

vs.

**PHILIPS A. KALU, and**
**ABBIGAIL A. LEDESMA,**

   **Defendants.**
_____/

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Conspiracy to Commit Access Device Fraud**
**(18 U.S.C. § 1029(b)(2))**

From on or about January 27, 2019, and continuing through on or about October 4, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PHILIPS A. KALU and,**
**ABBIGAIL A. LEDESMA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit violations of Title 18, United States Code, Section 1029(a)(2), that is, to knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, credit card numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000

or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1. On or about July 13, 2019, at a Wal-Mart store in Miami, Florida, **PHILIPS A. KALU** and **ABBIGAIL A. LEDESMA** used a JP Morgan Chase credit card account number ending in 4277, belonging to "M.M.P.," to purchase $422.98 in merchandise.

2. On or about July 15, 2019, at a Walgreens store in Miami Beach, Florida, **ABBIGAIL LEDESMA** used a JP Morgan Chase credit card account number ending in 4277, belonging to "M.M.P.," to purchase $559.00 in merchandise

3. On or about July 18, 2019, at a Wal-Mart store in Miami, Florida, **PHILIPS A. KALU** and **ABBIGAIL A. LEDESMA** used a JP Morgan Chase credit card account number ending in 7013, belonging to "V.C.," to purchase $329.36 in merchandise.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

From in or around July 2019, and continuing through on or about October 4, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PHILIPS A. KALU, and**
**ABBIGAIL A. LEDESMA,**

2

did knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, credit card account numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNTS 3-5
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates, and as to the defendants specified in each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants, during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with the intent to defraud, trafficking in and using one or more unauthorized access devices, that is, credit card account numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 2 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth below:

| Count | Defendant | Approx. Date | Means of Identification | Amount |
|---|---|---|---|---|
| 3 | PHILIPS A. KALU and ABBIGAIL A. LEDESMA | July 13, 2019 | JP Morgan Chase credit card account number ending in -4277 of "M.M.P." | $422.98 |

3

| Count | Defendant | Approx. Date | Means of Identification | Amount |
|---|---|---|---|---|
| 4 | ABBIGAIL A. LEDESMA | July 15, 2019 | JP Morgan Chase credit card account number ending in -4277 of "M.M.P." | $559.00 |
| 5 | PHILIPS A. KALU and ABBIGAIL A. LEDESMA | July 18, 2019 | JP Morgan Chase credit card account number ending in -7013 of "V.C." | $329.36 |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### COUNT 6
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about October 4, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### PHILIPS A. KALU, and
### ABBIGAIL A. LEDESMA,

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, dates of birth, social security numbers, pre-paid debit and credit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNTS 7-9
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about October 4, 2019, as to the defendants specified in each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants, during and in relation to a felony violation of Title 18, United States Code, Sections 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access

4

devices, that is, dates of birth, social security numbers, and pre-paid debit and credit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 6 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth below:

| Count | Defendant | Means of Identification |
|---|---|---|
| 7 | PHILIPS A. KALU | Name and date of birth belonging to "A.R." |
| 8 | ABBIGAIL A. LEDESMA | Name, date of birth, and driver's license number belonging to "A.R." |
| 9 | ABBIGAIL A. LEDESMA | Name, date of birth, and social security number belonging to "M.D." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS
## (18 U.S.C. § 982(a)(2)(B))
## (18 U.S.C. § 1029(c)(1)(C))

1. The allegations in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **PHILIPS A. KALU** and **ABBIGAIL A. LEDESMA**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, each of the defendants shall forfeit to the United States of America: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), and 1029(c)(1)(C),

and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
YISEL VALDES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

PHILIPS A. KALU, and
ABBIGAIL A. LEDESMA,

_____Defendants_____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)           Yes ___  No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  3-4  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days     ✓
   - II   6 to 10 days
   - III  11 to 20 days
   - IV   21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
YISEL VALDES
ASSISTANT UNITED STATES ATTORNEY
Special Florida Bar No. A5502330

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Philips A. Kalu

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

18 U.S.C. § 1029(b)(2)

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Use of Unauthorized Access Devices

18 U.S.C. § 1029(a)(2)

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 3, 5 & 7

Aggravated Identity Theft

18 U.S.C. § 1028A(a)(1)

**\*Max. Penalty:** Mandatory minimum 2 years' imprisonment (consecutive to any other term of imprisonment)

Count #: 6

Possession of Fifteen or More Unauthorized Access Devices

18 U.S.C. § 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

\***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Abbigail A. Ledesma

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

18 U.S.C. § 1029(b)(2)

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Use of Unauthorized Access Devices

18 U.S.C. § 1029(a)(2)

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 3-5 & 8-9

Aggravated Identity Theft

18 U.S.C. § 1028A(a)(1)

**\*Max. Penalty:** Mandatory minimum 2 years' imprisonment (consecutive to any other term of imprisonment)

Count #: 6

Possession of Fifteen or More Unauthorized Access Devices

18 U.S.C. § 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**